UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-20770-CIV-O'SULLIVAN

APE CERAMICA, S.L.,
    Plaintiffs,

v.

KERTILES IMPORTS
CORPORATION,
    Defendant.
_____/

### ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion for Final Judgment (DE # 18, 9/10/07).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the Plaintiff's Motion for Final Judgment (DE # 18, 9/10/07) on or before October 30, 2007. The failure to file a response may result in an Order granting the Plaintiff's Motion for Final Judgment (DE # 18, 9/10/07) in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 16th day of October, 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All counsel of record