UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-20770-CIV-O'SULLIVAN

APE CERAMICA, S.L.,
    Plaintiffs,

v.

KERTILES IMPORTS
CORPORATION,
    Defendant.
_____/

## ORDER AND NOTICE OF HEARING

THIS MATTER comes before the Court on the Plaintiff's Motion for Final Judgment (DE # 18, 9/10/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, on October 16, 2007, the undersigned issued an Order (DE # 19) requiring the defendant to file a response to the Plaintiff's Motion for Final Judgment (DE # 18, 9/10/07) on or before October 30, 2007. As of the date of this Order the defendant failed to file a response to the Plaintiff's Motion for Final Judgment (DE # 18, 9/10/07). The defendant was warned that the failure to file a response may result in an Order granting the Plaintiff's Motion for Final Judgment (DE # 18, 9/10/07) in its entirety. Accordingly, it is

ORDERED AND ADJUDGED that this matter is set for hearing before the undersigned on Monday, November 19, 2007, at 11:00 AM in the South Courtroom, United States District Court, Miami, Florida. Counsel for the defendant and a corporate representative of the defendant shall be present at the hearing on November 19, 2007. It is further

ORDERED AND ADJUDGED the defendant shall file a response to the Plaintiff's

Motion for Final Judgment (DE # 18, 9/10/07) on or before November 12, 2007.

DONE and ORDERED, in chambers, in Miami, Florida, this 1st day of November, 2007.

[signature]
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All counsel of record

Sent by Chambers to:
Tony Santos, Esq.
Santos Stokes, LLP
800 Douglas Rd., Suite 105
Coral Gables, FL 33134